UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| THE SPORTING TIMES, LLC AND SPORTING TIMES FRANCHISE, LLC<br><br>PLAINTIFFS,<br><br>v.<br><br>ORION PICTURES, INC., METRO-GOLDWYN-MAYER STUDIOS INC., PODIUM PICTURES, LLC, RHINO FILMS, LLC, FILMBUFF, AND GUNPOWDER & SKYE DISTRIBUTION, LLC<br><br>DEFENDANTS. | CIVIL ACTION NO: 1:17-CV-00033-GNS |

DEFENDANTS GUNPOWDER & SKYE DISTRIBUTION, LLC'S AND FILMBUFF'S NOTICE OF JOINDER TO [DE # 11] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM BY DEFENDANTS METRO-GOLDWYN-MAYER STUDIOS INC., ORION PICTURES, INC., PODIUM PICTURES, LLC, AND RHINO FILMS, LLC

Defendant Gunpowder & Skye Distribution, LLC, for itself and as successor-in-interest to Defendant Filmbuff, hereby joins in [DE # 11] Motion to Dismiss for Failure to State a Claim by Defendants Metro-Goldwyn-Mayer Studios, Inc., Orion Pictures, Inc., Podium Pictures, LLC and Rhino Films, LLC.

Dated: May 10, 2017

Respectfully Submitted,

/s/ Joel T. Beres
Joel T. Beres
Mari-Elise Paul
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
(502) 587-3400
*Attorneys for Defendant Gunpowder & Skye Distribution LLC, successor-in-interest to Defendant Filmbuff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically this 10th day of May 2017, and will be served electronically to designated counsel through the Court's electronic filing system.

By:      */s/ Joel T. Beres*