

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Have Glove Productions, LLC

███████████████
███████████

April 30, 2017
Invoice No. 6462171

APRIL INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0108779-000001
Sporting Times Trademark Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 02/27/17 | A. Wickers | 0.80 | Review and analyze complaint and background materials (.8) |
| 02/28/17 | A. Wickers | 0.50 | Attention to response to complaint and local counsel (.5) |
| 03/01/17 | A. Wickers | 0.50 | Telephone call with Mr. Rapkin ██████ (.4); review background correspondence (.1) |
| 03/03/17 | A. Wickers | 0.40 | Telephone calls with ████████████████ (.4) |
| 03/09/17 | A. Wickers | 0.30 | Correspond with plaintiffs' counsel regarding status (.1); communicate with ████████ (.2) |
| 03/13/17 | A. Wickers | 0.60 | Telephone call with Mr. Beres (Kentucky counsel) regarding response to complaint and information about local counsel (.2); attention to joint defense agreement (.1); telephone call from ████████ (.2); update Mr. Flores ████ (.1) |
| 03/14/17 | J. Segal | 0.90 | Draft Joint Defense Agreement (.9) |
| 03/14/17 | A. Wickers | 1.10 | Telephone call with Ms. Cox (plaintiffs' counsel regarding case) (.2); telephone call with Mr. Beres regarding extension and other issues (.2); telephone call with ████████████ (.1); outline issues for motion to dismiss and review cases ████████████ (.6) |
| 03/17/17 | J. Segal | 1.10 | Draft Litigation Hold Memorandum (1.1) |
| 03/18/17 | A. Wickers | 0.30 | Communicate with J. Segal regarding issues for motion to dismiss, including ████████████ (.3) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING


| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 03/20/17 | A. Wickers | 0.50 | Communicate with ████████ (.2); attention to litigation hold memorandum (.3) |
| 03/21/17 | K. Cullinan | 0.40 | Confer with A. Wickers and J. Segal regarding briefing strategy for Spaceman case (.4) |
| 03/21/17 | J. Segal | 0.80 | Draft Joint Defense Areement (.8) |
| 03/21/17 | A. Wickers | 0.70 | Communicate with ████████ (.1); meet with J. Segal and K. Cullinan to discuss organization and structure of motion to dismiss (.5); attention to extension request (.1) |
| 03/22/17 | A. Wickers | 0.70 | Attention to extension (.3); pull materials for use in motion to dismiss (.4) |
| 03/23/17 | K. Cullinan | 0.50 | Review complaint and outline brief sections (.5) |
| 03/23/17 | J. Segal | 0.50 | Revise Litigation Hold Memorandum (.5) |
| 03/24/17 | K. Cullinan | 4.40 | Research and prepare sections for motion to dismiss (4.4) |
| 03/24/17 | J. Segal | 0.20 | Review previous correspondence (.2) |
| 03/24/17 | A. Wickers | 0.40 | Communicate with K. Cullinan regarding motion to dismiss and ████████ (.1); attention to ████████ (.3) |
| 03/26/17 | A. Wickers | 0.40 | Attention to ████████ (.3); review revised draft of litigation hold memorandum (.1) |
| 03/27/17 | J. Segal | 0.30 | Attention to Litigation Hold Memorandum (.3) |
| 03/28/17 | K. Cullinan | 4.40 | Draft brief (4.4) |
| 03/29/17 | K. Cullinan | 5.60 | Draft brief (5.6) |
| 03/30/17 | J. Segal | 0.20 | Review MGM Litigation Hold Memorandum and email client regarding same (.2) |
| 03/30/17 | A. Wickers | 0.20 | Attention to motion to dismiss (.2) |
| | Total Hours Worked | 26.70 | |



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 7.40 | 541.00 | 4,003.40 |
| Total | 7.40 | | 4,003.40 |



**Associate**

| | | | |
|---|---|---|---|
| Cullinan, K. | 15.30 | 416.00 | 6,364.80 |
| Segal, J. | 4.00 | 416.00 | 1,664.00 |
| Total | 19.30 | | 8,028.80 |
| Total All Classes | 26.70 | | $12,032.20 |



Alonzo Wickers



# Davis Wright Tremaine LLP

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Have Glove Productions, LLC

████████████
████████████████

May 25, 2017
Invoice No. 6467232

MAY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:   0108779-000001
Sporting Times Trademark Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| 04/03/17 | K. Cullinan | 1.30 | Prepare ██████████ section for brief (1.3) |
| 04/04/17 | K. Cullinan | 5.10 | Research and draft sections for brief (5.1) |
| 04/08/17 | J. Segal | 1.90 | Research ██████████ for motion to dismiss (1.9) |
| 04/09/17 | J. Segal | 3.90 | Research and draft motion to dismiss (3.9) |
| 04/14/17 | J. Segal | 0.30 | Draft motion to dismiss (.3) |
| 04/16/17 | J. Segal | 7.10 | Research and draft motion to dismiss (7.1) |
| 04/17/17 | J. Segal | 6.80 | Draft and revise motion to dismiss (6.8) |
| 04/18/17 | K. Cullinan | 1.70 | Review and revise brief per J. Segal (1.7) |
| 04/18/17 | J. Segal | 2.40 | Draft and revise Motion to Dismiss (2.4) |
| 04/18/17 | A. Wickers | 0.80 | Review draft joint defense agreement ████████████ (.4); review draft of motion to dismiss and communicate with J. Segal and K. Cullinan regarding same (.4) |
| 04/20/17 | J. Segal | 0.80 | Revise brief ██████████ (.8) |
| 04/20/17 | A. Wickers | 1.60 | Review ██████████████ (.5); work on motion to dismiss (1.1) |
| 04/21/17 | A. Wickers | 3.60 | Work on motion to dismiss (3.6) |
| 04/22/17 | A. Wickers | 0.70 | Review cases ████████████ (.7) |
| 04/23/17 | A. Wickers | 5.50 | Work on motion to dismiss, including review of cases (5.5) |
| 04/24/17 | K. Cullinan | 0.7 | Review revised motion (.7); ██████████ |
| 04/24/17 | J. Segal | | ██████████ |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/24/17 | A. Wickers | 2.40 | Work on reply brief ███████████ ████████ (1.9); attention to ██████ ████████ (.5) |
| 04/25/17 | K. Cullinan | 5.20 | Update and revise motion per client comments (5.2) |
| 04/25/17 | J. Segal | 1.30 | Compile exhibits for filing (1.3) |
| 04/25/17 | A. Wickers | 1.70 | Work on motion to dismiss (1.2); communicate with ██ ████████ (.3); attention to exhibits and declaration (.2) |
| 04/26/17 | K. Cullinan | 0.10 | Prepare for filing (.1) |
| 04/26/17 | J. Segal | 0.50 | Attention to exhibits and authenticating declaration (.5) |
| 04/26/17 | B. Planchon | 3.10 | Review Motion to Dismiss, prepare negative history report, summarize same for K. Cullinan and J. Segal |
| 04/26/17 | B. Planchon | 2.60 | Analysis of Motion to Dismiss, proof all pin-cites, quotes from legal authorities |
| 04/27/17 | K. Cullinan | 0.30 | Prepare for filing (.3) |
| 04/27/17 | J. Segal | 1.40 | Attention to compilation of exhibits and comments to brief (1.4) |
| 04/27/17 | B. Planchon | 2.50 | Review Motion to Dismiss, analyze pin-cites to, quotes from all legal authorities, notes to K. Cullinan and J. Segal regarding suggested edits |
| 04/27/17 | A. Wickers | 6.30 | Work on motion to dismiss, ████████████ ████████████ (5.9); telephone call with ██ ████████████ (.3); communicate with ████████████ (.1) |
| 04/28/17 | K. Cullinan | 1.50 | Revise and finalize brief for filing (1.5) |
| 04/28/17 | A. Wickers | 0.20 | Review ████████████ ████████ (.1); communicate with ████████ ████ (.1) |
| 04/30/17 | J. Segal | 0.60 | Review and revise declaration and proposed order (1.4) |
| 04/30/17 | A. Wickers | 0.60 | Review and analyze ████████████ ████ (.3); communicate with ████████ ████████ (.3) |
| | Total Hours Worked | 76.10 | |





Have Glove Productions, LLC
Invoice No. 6467232
Page 3

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 23.40 | 541.00 | 12,659.40 |
| Total | 23.40 | | 12,659.40 |
| **Associate** | | | |
| Cullinan, K. | 17.40 | 416.00 | 7,238.40 |
| Segal, J. | 27.10 | 416.00 | 11,273.60 |
| Total | 44.50 | | 18,512.00 |
| **Paralegal** | | | |
| Planchon, B. | 8.20 | 184.00 | 1,508.80 |
| Total | 8.20 | | 1,508.80 |
| Total All Classes | 76.10 | | $32,680.20 |



Alonzo Wickers



# Davis Wright
# Tremaine LLP

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Have Glove Productions, LLC
██████████ ████
██████████████

June 22, 2017
Invoice No. 6473618
**SENT ELECTRONICALLY**

JUNE INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0108779-000001
Sporting Times Trademark Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 05/01/17 | K. Cullinan | 2.00 | Finalize brief for filing (2.0) |
| 05/01/17 | J. Segal | 1.80 | Finalize 25 page motion to dismiss for filing, including review ██████████████████ (1.0); finalize supporting documents, including declarations and proposed order, for fling (.8) |
| 05/01/17 | A. Wickers | 0.70 | Review and comment on ██████████████ and prepare for filing (.7) |
| 05/02/17 | J. Segal | 0.20 | Email clients regarding filing and conformed copies (.2) |
| 05/03/17 | J. Segal | 0.2 ██ | Email with local counsel regarding status of exhibits (.1); ████████████████████; research timing of opposition and reply and email team regarding same (.1) |
| 05/10/17 | J. Segal | 0.1 ██ | Email with Mr. Beres regarding recent developments ██ |
| 05/22/17 | J. Segal | 0.30 | Emails regarding extension ██████████████ (.3) |
| 05/23/17 | J. Segal | 0.20 | Emails regarding extension issue (.2) |
| 05/23/17 | A. Wickers | 0.10 | Attention to plaintiff's motion for an extension (.1) |
| 05/29/17 | J. Segal | 0.10 | Review docket and motion for extension (.1) |
| 05/30/17 | J. Segal | 0.30 | Review Strategy recommendation from local counsel regarding briefing (.1) |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 05/31/17 | A. Wickers | 0.30 | Analyze response to plaintiffs' request for continuance (.1); communicate with ▮▮▮▮▮▮ (.2) |
| | Total Hours Worked | 6.50 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside delivery service - - FED EX ERS - 04/26/17 Delivery to Joel Beres Stites & Harbison Pllc | 1 | $22.31 |
| Outside delivery service - - FED EX ERS - 04/28/17 Delivery to Joel T Beres Stite & Harbison | 1 | $39.98 |
| Total Current Disbursements | | $62.29 |



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Wickers, A. | 1.10 | 541.00 | 595.10 |
| Total | 1.10 | | 595.10 |
| **Associate** | | | |
| Cullinan, K. | 2.00 | 416.00 | 832.00 |
| Segal, J. | 3.40 | 416.00 | 1,414.40 |
| Total | 5.40 | | 2,246.40 |
| Total All Classes | 6.50 | | $2,841.50 |



Have Glove Productions, LLC
Invoice No. 6473618
Page 3



Alonzo Wickers



**Davis Wright Tremaine LLP**

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Have Glove Productions, LLC
███████████████
███████████████████

July 31, 2017
Invoice No. 6483425
**SENT ELECTRONICALLY**

JULY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0108779-000001
Sporting Times Trademark Litigation

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| 06/02/17 | J. Segal | 0.50 | Draft case budget (.4); review revisions and send to insurer (.1) |
| 06/02/17 | J. Segal | 0.10 | Review emails from local counsel regarding timing of briefing for motion to dismiss (.1) |
| 06/02/17 | A. Wickers | 0.1 ███ | Communicate with Mr. Beres regarding order granting plaintiff's motion for an extension and agreed-upon order extending our time for reply (.1) |
| 06/07/17 | J. Segal | 0.20 | Compute dates ████████████████ (.2) |
| 06/08/17 | J. Segal | 0.10 | Email Mr. Beres regarding status of extension (.1) |
| 06/20/17 | J. Segal | 0.10 | Email ████████████ (.1) |
| | Total Hours Worked | 1.30 | |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**





## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.30 | 541.00 | 162.30 |
| Total | 0.30 | | 162.30 |
| **Associate** | | | |
| Segal, J. | 1.00 | 416.00 | 416.00 |
| Total | 1.00 | | 416.00 |
| Total All Classes | 1.30 | | $578.30 |



Alonzo Wickers



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Have Glove Productions, LLC



August 25, 2017
Invoice No. 6488709
**SENT ELECTRONICALLY**

AUGUST INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0108779-000001
Sporting Times Trademark Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 07/05/17 | J. Segal | 0.10 | Call ████████ (.1) |
| 07/09/17 | J. Segal | 0.10 | Email ████ (.1) |
| 07/21/17 | J. Segal | 0.20 | Communicate with client ████████ (.2) |
| 07/21/17 | A. Wickers | 0.50 | Review and analyze plaintiff's opposition brief (.5) |
| 07/23/17 | J. Segal | 0.20 | Email ████████ (.1); email ████ (.1) |
| 07/24/17 | J. Segal | 0.1 | ████ email client ████ (.1) |
| 07/25/17 | J. Segal | | |
| 07/26/17 | J. Segal | 0.90 | Devise strategy for ████ reply briefing (.9) |
| 07/26/17 | A. Wickers | 0.40 | Attention to ████ opposition brief (.4) |
| 07/27/17 | A. Wickers | 0.40 | Analyze ████ (.4) |
| | Total Hours Worked | 3.10 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING





## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
|     Wickers, A. | 1.30 | 541.00 | 703.30 |
|     Total | 1.30 | | 703.30 |
| **Associate** | | | |
|     Segal, J. | 1.80 | 416.00 | 748.80 |
|     Total | 1.80 | | 748.80 |
|     Total All Classes | 3.10 | | $1,452.10 |



Alonzo Wickers



**Davis Wright Tremaine LLP**

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Have Glove Productions, LLC

████████████████
████████████  ████

September 29, 2017
Invoice No. 6496449
**SENT ELECTRONICALLY**

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY

Matter No.:    0108779-000001
Sporting Times Trademark Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 08/03/17 | A. Wickers | 0.10 | Attention to outline for reply brief (.1) |
| 08/04/17 | K. Cullinan | 4.00 | Review and analyze plaintiff's opposition to motion to dismiss (4.0) |
| 08/07/17 | K. Cullinan | 3.50 | Analyze opposition brief and draft outline for reply brief (3.5) |
| 08/08/17 | K. Cullinan | 3.20 | Analyze opposition brief and draft outline for reply brief (3.2) |
| 08/09/17 | K. Cullinan | 4.00 | Draft reply brief (4.0) |
| 08/09/17 | J. Segal | 2.10 | Draft outline sections on ████████████████ (2.1) |
| 08/09/17 | A. Wickers | 0.60 | Review and analyze outline for reply brief and provide notes on same (.6) |
| 08/10/17 | K. Cullinan | 5.60 | Draft reply brief (5.6) |
| 08/10/17 | J. Segal | 0.60 | Research ███████ for outline (.6) |
| 08/14/17 | J. Segal | 0.40 | Review and revise ██████████ reply brief (.4) |
| 08/15/17 | J. Segal | 0.10 | Review sections regarding ████████████ (.1) |
| 08/15/17 | A. Wickers | 1.10 | Evaluate issues for ██████████████ (.2); review and edit portion of reply brief ██████████████ (.9) |
| 08/16/17 | K. Cullinan | 0.50 | Analyze and prepare brief (.5) |
| 08/16/17 | J. Segal | 2.70 | Research and draft reply brief sections ████████ ████████████████ (2.7) |
| 08/17/17 | J. Segal | 0.90 | Research and draft reply brief (.9) |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



Have Glove Productions, LLC
Invoice No. 6496449
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 08/18/17 | J. Segal | 2.20 | Draft ██████████████████████████ and revise entire brief (2.2) |
| 08/19/17 | J. Segal | 4.10 | Draft ██████████████████████████ and revise entire brief (4.1) |
| 08/19/17 | A. Wickers | 0.30 | Review draft reply brief and flag follow-up issues (.3) |
| 08/20/17 | A. Wickers | 5.20 | Edit draft reply brief, including review of authorities cited by plaintiffs, complaint, and other materials (5.2) |
| 08/21/17 | J. Segal | 0.30 | Review changes to reply brief and email clients regarding same (.3) |
| 08/21/17 | A. Wickers | 4.40 | Edit draft reply brief (4.4) |
| 08/22/17 | A. Wickers | 0.20 | Attention to potential request for oral argument (.2) |
| 08/23/17 | A. Wickers | 0.40 | Attention to Kentucky counsel's comments on reply brief and ██████████████████ (.2); work on reply brief (.2) |
| 08/24/17 | J. Segal | 0.20 | Review ████████████████ (.2) |
| 08/24/17 | J. Segal | 0.10 | Coordinate cite check of reply brief (.1) |
| 08/24/17 | A. Wickers | 0.70 | Review and analyze ████████████ (.5); work on ████████████ (.2) |
| 08/25/17 | K. Cullinan | 2.50 | Finalize drafting of reply brief (2.5) |
| 08/25/17 | J. Cygnor | 4.40 | Cite check reply in support of motion to dismiss |
| 08/25/17 | A. Wickers | 1.00 | Work on finalizing reply brief (.9); communicate with ████████████████ (.1) |
| 08/28/17 | K. Cullinan | 0.30 | Review and analyze ████████████ (.3) |
| 08/30/17 | A. Wickers | 0.30 | Telephone call ██████████████ (.2); communicate with ████████████ (.1) |
| | Total Hours Worked | 56.00 | |

---

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| West Publishing (billed at cost) computerized legal research 08/25/17 per J. Cygnor | 1 | $20.96 |
| Total Current Disbursements | | $20.96 |




## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 14.30 | 541.00 | 7,736.30 |
| Total | 14.30 | | 7,736.30 |
| **Associate** | | | |
| Cullinan, K. | 23.60 | 416.00 | 9,817.60 |
| Segal, J. | 13.70 | 416.00 | 5,699.20 |
| Total | 37.30 | | 15,516.80 |
| **Paralegal** | | | |
| Cygnor, J. | 4.40 | 184.00 | 809.60 |
| Total | 4.40 | | 809.60 |
| Total All Classes | 56.00 | | $24,062.70 |



Alonzo Wickers


# Davis Wright
# Tremaine LLP

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Have Glove Productions, LLC


November 29, 2017
Invoice No. 6511876
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:      0108779-000001
Sporting Times Trademark Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/12/17 | A. Wickers | 0.20 | Telephone call ███████████ |
| | | | ██ (.2) |
| | Total Hours Worked | 0.20 | |



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Wickers, A. | 0.20 | 541.00 | 108.20 |
| Total | 0.20 | | 108.20 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



| | | |
|---|---|---|
| Total All Classes | 0.20 | $108.20 |

Alonzo Wickers



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Have Glove Productions, LLC

December 20, 2017
Invoice No. 6517706
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0108779-000001
Sporting Times Trademark Litigation

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| 11/16/17 | A. Wickers | 0.40 | Review and analyze ████████ (.4) |
| | Total Hours Worked | 0.40 | |



**SUMMARY BY PROFESSIONAL**

| Professional | <u>Hours Worked</u> | <u>Billed Per Hours</u> | <u>Bill Amount</u> |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.40 | 541.00 | 216.40 |
| Total | 0.40 | | 216.40 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



| | | |
|---|---|---|
| Total All Classes | 0.40 | $216.40 |

Alonzo Wickers



**Davis Wright Tremaine** LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Have Glove Productions, LLC


January 10, 2018
Invoice No. 6521520
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0108779-000001
Sporting Times Trademark Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 12/14/17 | C. Freeman | 0.50 | Discuss case and fee motion research with A. Wickers (.2); research ███████ (.3) |
| 12/14/17 | J. Segal | 0.30 | Analyze district court opinion and email clients regarding same (.3) |
| 12/14/17 | A. Wickers | 1.50 | Review court's order dismissing claims ███████ (1.1); attention to research ███████ (.4) |
| 12/15/17 | A. Wickers | 0.30 | Attention to ███████ (.3) |
| 12/19/17 | C. Freeman | 3.50 | Research ███████ |
| 12/21/17 | A. Wickers | 0.50 | Review and analyze research ███████ (.5) |
| 12/23/17 | A. Wickers | 0.50 | Communicate with clients ███████ (.5) |
| 12/28/17 | A. Wickers | 0.20 | Attention to ███████ (.2) |
| | Total Hours Worked | 7.30 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING





## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Segal, J. | 0.30 | 416.00 | 124.80 |
| Wickers, A. | 3.00 | 541.00 | 1,623.00 |
| Total | 3.30 | | 1,747.80 |
| **Associate** | | | |
| Freeman, C. | 4.00 | 416.00 | 1,664.00 |
| Total | 4.00 | | 1,664.00 |
| Total All Classes | 7.30 | | $3,411.80 |



Alonzo Wickers

# Sporting Times Trademark Litigation

**Billing Attorney:** Alonzo Wickers
**Originating Attorney:** Alonzo Wickers
**Responsible Attorney:** Jonathan Segal

HAVE GLOVE PRODUCTIONS LLC
Sporting Times Trademark Litigation

**Billing Address:**

Have Glove Productions, LLC

**Matter Billing Instructions:**

Approved By _____

Date _____

## Sporting Times Trademark Litigation

HAVE GLOVE PRODUCTIONS LLC
Sporting Times Trademark Litigation

**Billing Attorney:** Alonzo Wickers
**Originating Attorney:** Alonzo Wickers
**Responsible Attorney:** Jonathan Segal

Approved By _____

Date _____

Sporting Times Trademark Litigation

HAVE GLOVE PRODUCTIONS LLC
Sporting Times Trademark Litigation

| | |
|---|---|
| Billing Attorney: | Alonzo Wickers |
| Originating Attorney: | Alonzo Wickers |
| Responsible Attorney: | Jonathan Segal |

# Sporting Times Trademark Litigation

HAVE GLOVE PRODUCTIONS LLC
Sporting Times Trademark Litigation

**Billing Attorney:** Alonzo Wickers
**Originating Attorney:** Alonzo Wickers
**Responsible Attorney:** Jonathan Segal

## Time Detail

| | | | |
|---|---|---|---|
| Time Detail | Hours | 36.30 | 36.30 | 0.00 |
| | Time Amount | 16,575.80 | 16,575.80 | 0.00 | 0.00 |
| Cost Detail | Cost Amount | 0.00 | 0.00 | 0.00 | 0.00 |

## Attorney Summary

| Attorney | Hours | Rate | Amount | Adjusted |
|---|---|---|---|---|
| Cydney Freeman | 24.50 | 416.00 | 10,192.00 | |
| Jonathan Segal | 5.50 | 541.00 | 2,975.50 | |
| Alonzo Wickers | 6.30 | 541.00 | 3,408.30 | |

## Charge Summary

| | Cost Code | Qty | Rate | Amount | Adjusted |
|---|---|---|---|---|---|

## Time Details

| Date | Index | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 01/03/18 | 27453950 | Alonzo Wickers | 0.50 | 541.00 | 270.50 | Communicate with clients, |
| | | | | | | (.5) |
| 01/04/18 | 27465436 | Alonzo Wickers | 0.30 | 541.00 | 162.30 | Communicate with Mr. Rapkin and Mr. Beres |
| | | | | | | (.3) |

Approved By _____

Date _____

## Sporting Times Trademark Litigation

Billing Attorney: Alonzo Wickers
Originating Attorney: Alonzo Wickers
Responsible Attorney: Jonathan Segal

HAVE GLOVE PRODUCTIONS LLC
Sporting Times Trademark Litigation

| Date | Index | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 01/05/18 | 27465842 | Alonzo Wickers | 0.90 | 541.00 | 486.90 | Telephone call with Mr. Scott Rapkin regarding ███████ (.2); attention to fee motion (.3); telephone call ███████ (.4) |
| 01/06/18 | 27462188 | Jonathan Segal | 0.10 | 541.00 | 54.10 | Plan fees motion (.1) |
| 01/06/18 | 27465868 | Alonzo Wickers | 0.50 | 541.00 | 270.50 | Outline issues for fee motion (.5) |
| 01/07/18 | 27467191 | Cydney Freeman | 3.50 | 416.00 | 1,456.00 | Research and draft outline for motion for attorneys' fees |
| 01/08/18 | 27471823 | Cydney Freeman | 1.70 | 416.00 | 707.20 | Draft motion to recover attorneys' fees and costs |
| 01/08/18 | 27475048 | Jonathan Segal | 0.30 | 541.00 | 162.30 | Email C. Freeman regarding fees strategy (.1); email Mr. Beres and Ms. Paul regarding tasks for fees motion (.2) |
| 01/08/18 | 27469193 | Alonzo Wickers | 0.70 | 541.00 | 378.70 | Communicate with ████████ (.3); communicate ████████ (.2); communicate with Mr. Beres regarding meet and confer with plaintiff's counsel (.2) |
| 01/09/18 | 27475240 | Cydney Freeman | 5.80 | 416.00 | 2,412.80 | Draft motion for attorneys' fees and costs |

Approved By _____

Date _____

Sporting Times Trademark Litigation

| | | | | Billing Attorney: | Alonzo Wickers |
|---|---|---|---|---|---|
| Proforma: | 3006467 | | | Originating Attorney: | Alonzo Wickers |
| Client: | 0108779 | HAVE GLOVE PRODUCTIONS LLC | | Responsible Attorney: | Jonathan Segal |
| Matter: | 0108779-000001 | Sporting Times Trademark Litigation | | | |

| Date | Index | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 01/09/18 | 27482792 | Jonathan Segal | 0.10 | 541.00 | 54.10 | Communications with local counsel regarding meet-and-confer with opposing counsel and fees motions in WD Kentucky (.1) |
| 01/09/18 | 27473930 | Alonzo Wickers | 0.50 | 541.00 | 270.50 | Communicate with Mr. Beres regarding discussions with plaintiff's counsel concerning fee motion and appeal (.2); communicate with ███████ (.3) |
| 01/10/18 | 27480643 | Cydney Freeman | 1.60 | 416.00 | 665.60 | Draft motion for attorneys' fees (1.6) |
| 01/10/18 | 27481459 | Cydney Freeman | 0.30 | 416.00 | 124.80 | Coordinate compiling invoices for fees motion (.3) |
| 01/10/18 | 27481460 | Cydney Freeman | 1.00 | 416.00 | 416.00 | Coordinate fees charts and redactions (1) |
| 01/10/18 | 27481461 | Cydney Freeman | 2.70 | 416.00 | 1,123.20 | Draft A. Wickers' declaration in support of fees motion and revise motion accordingly (2.7) |
| 01/10/18 | 27478758 | Jonathan Segal | 0.90 | 541.00 | 486.90 | Confer with C. Freeman regarding fees motion (.3); revise fees motion (.6) |
| 01/11/18 | 27482888 | Cydney Freeman | 7.90 | 416.00 | 3,286.40 | Research and revise motion for attorneys' fees and costs to incorporate comments from J. Segal (5.9); draft Mr. B. Rapkin's declaration in support of same (1.1); redact invoices in support of same (.9) |
| 01/11/18 | 27482824 | Jonathan Segal | 4.10 | 541.00 | 2,218.10 | Revise fees motion and research cases ███████ |

Approved By _____

Date _____

Date Printed: January 12, 2018

Sporting Times Trademark Litigation

| Proforma: | 3006467 | | | Billing Attorney: | Alonzo Wickers |
| Client: | 0108779 | HAVE GLOVE PRODUCTIONS LLC | | Originating Attorney: | Alonzo Wickers |
| Matter: | 0108779-000001 | Sporting Times Trademark Litigation | | Responsible Attorney: | Jonathan Segal |

| Date | Index | Attorney | Hours | Rate | Amount | Description |
|------|-------|----------|-------|------|--------|-------------|
| 01/11/18 | 27483148 | Alonzo Wickers | 2.90 | 541.00 | 1,568.90 | ██████████ (3.8); confer with C. Freeman about additional research and changes to motion (.3) Edit draft of fee motion (2.9) |
| | | Total | 36.30 | | 16,575.80 | |

## Charge Details (Non Taxes)

| Date | Index | Description | | | | Type | Amount | Adjustment |
|------|-------|-------------|--|--|--|------|--------|------------|
| | | | | | | Total | 0.00 | |

Approved By _____                    Date _____