

400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

APRIL 11, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
ATTN: DANIEL M. FLORES
245 N. BEVERLY DRIVE
BEVERLY HILLS, CA 90210                                          JTB

|  |  |
|---|---|
| INVOICE #: | 1322471 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH MARCH 31, 2017**

MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/27/17 | JTB | TELEPHONE CONFERENCE WITH ATTORNEY DAN FLORES RE FILING AND SERVICE OF TRADE SECRET COMPLAINT AND ISSUES REGARDING VENUE; RECEIVE AND REVIEW EMAIL FROM DAN FLORES RE COMPLAINT AND RESPOND TO SAME | 0.20 | $93.00 |
| 3/10/17 | JTB | RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKERS RE CALL AND RESPOND TO SAME | 0.20 | $93.00 |
| 3/13/17 | JTB | TELEPHONE CONFERENCE WITH AL WICKERS RE CASE STATUS, INITIAL STRATEGY RE MOTION TO DISMISS, AND INSIGHTS REGARDING OPPOSING COUNSEL AND THE COURT | 0.30 | $139.50 |
| 3/14/17 | JTB | EMAIL TO ATTORNEY AL WICKERS; TELEPHONE CONFERENCE WITH AL WICKERS FOLLOWING TELECONFERENCE WITH ATTORNEY CLARE COX | 0.30 | $139.50 |
| 3/15/17 | JTB | TELEPHONE CONFERENCE WITH ATTORNEY CLARE COX (VOICEMAIL); TELEPHONE CONFERENCE WITH CLARE COX ASSISTANT | 0.20 | $93.00 |
| 3/17/17 | JTB | TELEPHONE CONFERENCE WITH ATTORNEY CLARE COX (VOICEMAIL); TELEPHONE CONFERENCE WITH CLARE COX ASSISTANT; RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKERS AND RESPOND TO SAME | 0.30 | $139.50 |

FILE NUMBER:   ME312-000ME       PAGE   2
INVOICE NO:    1322471
INVOICE DATE:   APRIL 11, 2017

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/20/17 | JTB | TELEPHONE CONFERENCE WITH ATTORNEY CLARE COX (VOICEMAIL); TELEPHONE CONFERENCE WITH CLARE COX ASSISTANT; EMAIL TO CLARE COX RE EXTENSION REQUEST; RECEIVE AND REVIEW RESPONSE FROM CLARE COX AND RESPOND TO SAME | 0.30 | $139.50 |
| 3/21/17 | JTB | RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKERS AND RESPOND TO SAME; TELEPHONE CONFERENCE WITH ATTORNEY CLARE COX (VOICEMAIL); EMAIL TO CLARE COX RE EXTENSION REQUEST | 0.20 | $93.00 |
| 3/22/17 | JTB | RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKERS AND RESPOND TO SAME; TELEPHONE CONFERENCE WITH ATTORNEY CLARE COX (VOICEMAIL); EMAIL TO CLARE COX RE EXTENSION REQUEST; VARIOUS EMAILS RE MOTION TO ENLARGE TIME AND MOTION TO DISMISS; RECEIVE AND REVIEW EMAIL FROM CLARE COX GRANTING EXTENSION; ATTENTION TO AGREED MOTION; PREPARE AND FILE NOTICE OF APPEARANCE | 0.80 | $372.00 |
| 3/23/17 | JTB | ATTENTION TO AGREED MOTION TO ENLARGE TIME | 0.20 | $93.00 |
| 3/23/17 | MG2 | DRAFT STIPULATED EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD; DRAFT ORDER GRANTING STIPULATED EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD; EMAIL DRAFTS TO OPPOSING COUNSEL FOR REVIEW; REVIEW COMPLAINT | 1.70 | $484.50 |
| 3/24/17 | JTB | CONTINUED ATTENTION TO AGREED MOTION TO ENLARGE TIME; VOICEMAIL MESSAGE TO CLARE COX RE SAME | 0.20 | $93.00 |
| 3/24/17 | MG2 | PREPARE AND SEND EMAIL TO OPPOSING COUNSEL REGARDING | 0.20 | $57.00 |
| 3/27/17 | JTB | RECEIVE AND REVIEW EMAIL FROM CLARE COX CONSENTING TO AGREED MOTION AND PROVIDING AUTHORITY TO ELECTRONICALLY SIGN AND FILE ON HER BEHALF; ATTENTION TO FILING SAME; EMAIL CORRESPONDENCE TO ATTORNEY AL WICKERS RE SAME; ATTENTION TO CALENDARING | 0.40 | $186.00 |
| 3/30/17 | JTB | RECEIVE AND REVIEW ORDER GRANTING EXTENSION; ATTENTION TO CALENDARING SAME; EMAIL CORRESPONDENCE TO ATTORNEY AL WICKERS RE SAME | 0.20 | $93.00 |
| 3/30/17 | JTB | TELEPHONE CONFERENCE WITH ATTORNEY ANTONY BUTTERFIELD RE POTENTIAL REPRESENTATION OF REMAINING DEFENDANTS AS LOCAL COUNSEL | 0.30 | $139.50 |
| 3/30/17 | MG2 | REVIEW COURT ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND | 0.10 | $28.50 |

**TOTAL FEES**

SUBTOTAL

**FILE NUMBER:**     **ME312-000ME**             **PAGE**      **3**
**INVOICE NO:**     **1322471**
**INVOICE DATE:**     **APRIL 11, 2017**

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

      STITES & HARBISON
      PNC
      LOUISVILLE, KY.  40202
      BANK ABA #:  041000124
      ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1322471



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

MAY 9, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
ATTN: DANIEL M. FLORES
245 N. BEVERLY DRIVE
BEVERLY HILLS, CA 90210                                         JTB

|  |  |
|---|---|
| INVOICE #: | 1326580 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH APRIL 30, 2017**

MATTER NO.     ME312-000ME          THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/3/17 | JTB | RECEIVE AND REVIEW EMAIL FROM JON SEGAL | 0.10 | $46.50 |
| 4/4/17 | JTB | EMAIL TO JON SEGAL | 0.10 | $46.50 |
| 4/5/17 | JTB | REVIEW EXEMPLAR MOTIONS TO DISMISS; EMAIL TO JON SEGAL RE SAME | 0.30 | $139.50 |
| 4/5/17 | JTB | RECEIVE AND REVIEW VOICEMAIL FROM ATTORNEY DAN FLORES AND RESPOND TO SAME | 0.20 | $93.00 |
| 4/17/17 | JTB | EMAIL CORRESPONDENCE TO ATTORNEY JON SEGAL RE DRAFT MOTION TO DISMISS; RECEIVE AND REVIEW EMAIL RESPONSE RE SAME; EMAIL TO PLAINTIFF'S COUNSEL RE STATUS OF LITIGATION | 0.30 | $139.50 |
| 4/17/17 | JTB | ATTENTION TO COMPULAW DEADLINES; EMAIL TO ATTORNEY JON SEGAL | 0.20 | $93.00 |
| 4/20/17 | JTB | RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKERS ; LEGAL RESEARCH RE SAME; EMAIL CORRESPONDENCE TO AL WICKERS | 0.60 | $279.00 |
| 4/24/17 | JTB | REVIEW COMPULAW NOTICE RE UPCOMING DEADLINE; EMAIL CORRESPONDENCE TO ATTORNEY AL WICKERS RE SAME; RECEIVE AND REVIEW DRAFT MOTION TO DISMISS; RECEIVE AND REVIEW EMAIL FROM JON SEGAL RE MOTION FOR ADMISSION PRO HAC VICE | 1.80 | $837.00 |

| 4/25/17 | JTB | EMAIL CORRESPONDENCE WITH JON SEGAL | 1.80 | $837.00 |
|---|---|---|---|---|
| | | ; ATTENTION TO EXHIBITS | | |
| 4/26/17 | JTB | ATTENTION TO FILING LOGISTICS, EXHIBITS, MANDATORY DISCLOSURES, AND DECLARATION | 2.10 | $976.50 |
| 4/27/17 | JTB | ATTENTION TO FILING LOGISTICS, EXHIBITS, MANDATORY DISCLOSURES, AND DECLARATION | 1.60 | $744.00 |
| 4/27/17 | MG2 | PREPARE DECLARATION OF JOEL BERES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS; PREPARE PROPOSED ORDER GRANTING MOTION TO DISMISS; ATTENTION TO EMAIL CORRESPONDENCE REGARDING SAME | 1.30 | $370.50 |
| 4/28/17 | MG2 | REVISE DECLARATION IN SUPPORT OF MOTION TO DISMISS; CHECK EXHIBITS; CREATE PLACEHOLDER EXHIBIT PAGES | 0.60 | $171.00 |

**TOTAL FEES**

**ADDITIONAL SERVICES:**
  MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 4/14/17 | PACER NET RESEARCH  MARCH  2017 | $0.60 |
|---|---|---|
| | TOTAL ADDITIONAL SERVICES | $0.60 |

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

**FILE NUMBER:**     **ME312-000ME**                                **PAGE**        **3**
**INVOICE NO:**        **1326580**
**INVOICE DATE:**       **MAY 9, 2017**

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

        STITES & HARBISON
        PNC
        LOUISVILLE, KY.  40202
        BANK ABA #:  041000124
        ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1326580



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

JUNE 12, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                     JTB

|  |  |
|---|---|
| INVOICE #: | 1330624 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH  MAY 31, 2017**

MATTER NO.    ME312-000ME          THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/17 | MG2 | RECEIVE AND REVIEW EMAIL FROM LEAD COUNSEL; REVISE DECLARATION AND EXHIBIT PAGES; FINALIZE EXHIBITS; MULTIPLE PHONE CONFERENCE WITH LEAD COUNSEL REGARDING FILING; PROOFREAD, FINALIZE, AND FILE MOTION TO DISMISS, SUPPORTING MEMORANDUM, SUPPORTING DECLARATION, AND EXHIBITS; FILE CORPORATE DISCLOSURE STATEMENT; REPORT FILING TO CLIENT | 2.80 | $798.00 |
| 5/2/17 | MG2 | ARRANGE FOR DELIVERY OF EXHIBITS TO CLERK OF COURT AND TO OPPOSING COUNSEL | 0.30 | $85.50 |
| 5/3/17 | MG2 | EMAIL CORRESPONDENCE WITH LEAD COUNSEL REGARDING UPCOMING DEADLINES AND PRO HAC VICE MOTIONS | 0.50 | $142.50 |
| 5/10/17 | JTB | STATUS REVIEW; EMAIL CORRESPONDENCE TO ATTORNEY AL WICKER AND TEAM RE LITIGATION UPDATE | 0.20 | $93.00 |
| 5/10/17 | MG2 | ATTENTION TO UPCOMING DEADLINE TO MEET AND CONFER; DISCUSS WITH JOEL BERES; RECEIVE AND REVIEW EMAIL FROM JASON SEGAL REGARDING PRO HAC VICE MOTIONS | 0.30 | $85.50 |
| 5/11/17 | MG2 | PREPARE MOTIONS FOR PRO HAC VICE FOR ALONZO WICKERS AND CONTINUE PREPARING MOTION FOR JASON SEGAL | 0.70 | $199.50 |
| 5/30/17 | MG2 | ATTENTION TO CORRESPONDENCE REGARDING REQUESTS FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AND REPLY | 0.30 | $85.50 |

**TOTAL FEES**

**ADDITIONAL SERVICES:**

MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| | | |
|---|---|---|
| | COPIES | $2.20 |
| 5/9/17 | UPS  05-02-17 TO:  VANESSA ARMSTRONG | $13.10 |
| 5/17/17 | PACER NET RESEARCH  APRIL 2017 | $0.40 |
| | TOTAL ADDITIONAL SERVICES | $15.70 |

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

STITES & HARBISON
PNC
LOUISVILLE, KY.  40202
BANK ABA #:  041000124
ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1330624



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

JUNE 12, 2017

GUNPOWDER & SKYE DISTRIBUTION, LLC
C/O TOBY BUTTERFIELD, ESQ.
FRANKFURT KURNIT KLEIN & SELZ PC
488 MADISON AVE.
NEW YORK, NEW YORK 10022                                    JTB

INVOICE #:      1330614
OUR REFERENCE #:      GU111-000GU
OUR TAX ID #:      61-0680249

## PROFESSIONAL SERVICES THROUGH MAY 31, 2017

MATTER NO.    GU111-000GU        SPORTING TIMES TRADEMARK DISPUTE

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/3/17 | MG2 | EMAIL CORRESPONDENCE WITH TOBY BUTTERFIELD REGARDING ENGAGEMENT LETTER; ATTENTION TO REVIEW AND TRANSMISSION OF ENGAGEMENT LETTER TO CO-COUNSEL; RESEARCH DEADLINES FOR RESPONDING TO JOINDER MOTION AND WHETHER SEPARATE REPLY BRIEF MUST BE FILED; CONFERENCE WITH CO-COUNSEL | 1.30 | $370.50 |
| 5/9/17 | MG2 | PHONE CONFERENCE WITH ANDREW UNGBERG REGARDING NOTICE TO JOIN; PREPARE AND SEND EMAIL TO ANDREW UNBERG WITH SAMPLE NOTICE TO JOIN | 0.50 | $142.50 |
| 5/10/17 | MG2 | RECEIVE AND REVIEW MOTION TO JOIN; EMAIL CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME; PREPARE NOTICE OF APPEARANCE FOR JOEL BERES; DISCUSS SCHEDULING CONFERENCE DEADLINES WITH CO-COUNSEL | 0.70 | $199.50 |
| 5/11/17 | MG2 | FILE NOTICE OF APPEARANCE FOR JOEL T. BERES; FILE MOTION TO JOIN MOTION TO DISMISS ON BEHALF OF GUNPOWDER & SKYE AND FILMBUFF | 0.50 | $142.50 |

TOTAL FEES

SUBTOTAL

**FILE NUMBER:**      **GU111-000GU**                                         **PAGE**       **2**
**INVOICE NO:**               **1330614**
**INVOICE DATE:**        **JUNE 12, 2017**

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

            STITES & HARBISON
            PNC
            LOUISVILLE, KY.  40202
            BANK ABA #:  041000124
            ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  GU111-000GU,  INVOICE NO.  1330614



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

JULY 10, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                        JTB

INVOICE #:       1337286
OUR REFERENCE #:    ME312-000ME
OUR TAX ID #:     61-0680249

**PROFESSIONAL SERVICES THROUGH  JUNE 30, 2017**

MATTER NO.    ME312-000ME         THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/8/17 | MG2 | DRAFT AGREED ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS | 0.40 | $114.00 |
| 6/9/17 | MG2 | PREPARE AND SEND EMAIL TO LEAD COUNSEL REGARDING AGREED ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF | 0.30 | $85.50 |
| 6/13/17 | MG2 | PREPARE AND SEND EMAIL TO LEAD COUNSEL REGARDING AGREED ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF; PREPARE AND SEND EMAIL TO CLARE COX REGARDING AGREED ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF | 0.30 | $85.50 |
| 6/15/17 | MG2 | MAKE PHONE CALL TO CLARE COX'S OFFICE AND PREPARE AND SEND MULTIPLE EMAILS TO CLARE COX AND COLLEAGUES OF CLARE COX SEEKING APPROVAL TO FILE AGREED ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS | 0.30 | $85.50 |
| 6/16/17 | MG2 | PREPARE AND SEND EMAIL TO DON COX SEEKING APPROVAL TO FILE AGREED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; RECEIVE AND REVIEW EMAIL GRANTING PERMISSION; FILE AGREED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; REPORT FILING TO CLIENT; REPORT FILING TO OPPOSING COUNSEL | 0.40 | $114.00 |

| 6/20/17 | MG2 | RECEIVE AND REVIEW COURT ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; REPORT TO CLIENT | 0.30 | $85.50 |

**TOTAL FEES**

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE REMITTANCE, PLEASE DIRECT TO:

STITES & HARBISON
PNC
LOUISVILLE, KY. 40202
BANK ABA #: 041000124
ACCOUNT #: 4212812375

PLEASE REFERENCE YOUR MATTER NO. ME312-000ME, INVOICE NO. 1337286



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

JULY 10, 2017

GUNPOWDER & SKY DISTRIBUTION, LLC
C/O TOBY BUTTERFIELD, ESQ.
FRANKFURT KURNIT KLEIN & SELZ PC
488 MADISON AVE.
NEW YORK, NEW YORK 10022                                    JTB

|  | |
|---|---|
| INVOICE #: | 1337270 |
| OUR REFERENCE #: | GU111-000GU |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH JUNE 30, 2017**

MATTER NO.   GU111-000GU        SPORTING TIMES TRADEMARK DISPUTE

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/8/17 | MG2 | DRAFT AGREED ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS | 0.40 | $114.00 |
| 6/9/17 | MG2 | PREPARE AND SEND EMAIL TO LEAD COUNSEL REGARDING AGREED ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF | 0.20 | $57.00 |
| 6/13/17 | MG2 | PREPARE AND SEND EMAIL TO LEAD COUNSEL REGARDING AGREED ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF; PREPARE AND SEND EMAIL TO CLARE COX REGARDING AGREED ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF | 0.30 | $85.50 |
| 6/15/17 | MG2 | MAKE PHONE CALL TO CLARE COX'S OFFICE AND PREPARE AND SEND MULTIPLE EMAILS TO CLARE COX AND COLLEAGUES OF CLARE COX SEEKING APPROVAL TO FILE AGREED ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS | 0.30 | $85.50 |
| 6/16/17 | MG2 | PREPARE AND SEND EMAIL TO DON COX SEEKING APPROVAL TO FILE AGREED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; RECEIVE AND REVIEW EMAIL GRANTING PERMISSION; FILE AGREED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; REPORT FILING TO CLIENT; REPORT FILING TO OPPOSING COUNSEL | 0.40 | $114.00 |
| 6/20/17 | MG2 | RECEIVE AND REVIEW COURT ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; REPORT TO CLIENT | 0.30 | $85.50 |

**FILE NUMBER:**     **GU111-000GU**                         **PAGE**      **2**
**INVOICE NO:**     **1337270**
**INVOICE DATE:**     **JULY 10, 2017**

## TOTAL FEES

SUBTOTAL

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

        STITES & HARBISON
        PNC
        LOUISVILLE, KY.  40202
        BANK ABA #:  041000124
        ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  GU111-000GU,  INVOICE NO.  1337270



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

AUGUST 8, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                        JTB

|  |  |
|---|---|
| INVOICE #: | 1342528 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH JULY 31, 2017**

MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 2/7/17 | JTB | TELEPHONE CONFERENCE WITH ATTORNEY DAN FLORES RE STATUS OF TRADE SECRET DISPUTE WITH THE SPORTING TIMES | 0.20 | NO CHARGE |
|---|---|---|---|---|
| 7/21/17 | MG2 | REVIEW AND ANALYZE RESPONSE TO MOTION TO DISMISS | 0.50 | $142.50 |

**TOTAL FEES**

**ADDITIONAL SERVICES:**
MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 7/19/17 | PACER NET RESEARCH  JUNE 2017 | $2.30 |
|---|---|---|
|  | TOTAL ADDITIONAL SERVICES | $2.30 |

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

       STITES & HARBISON
       PNC
       LOUISVILLE, KY.  40202
       BANK ABA #:  041000124
       ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1342528



STITES & HARBISON PLLC

ATTORNEYS

400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

AUGUST 8, 2017

GUNPOWDER & SKY DISTRIBUTION, LLC
C/O TOBY BUTTERFIELD, ESQ.
FRANKFURT KURNIT KLEIN & SELZ PC
488 MADISON AVE.
NEW YORK, NEW YORK 10022                                JTB

INVOICE #:      1342522
OUR REFERENCE #:    GU111-000GU
OUR TAX ID #:    61-0680249

**PROFESSIONAL SERVICES THROUGH JULY 31, 2017**

MATTER NO.    GU111-000GU        SPORTING TIMES TRADEMARK DISPUTE

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/21/17 | JTB | RECEIVE AND REVIEW EMAIL FROM ATTORNEY ANDREW UNGBERG; TELEPHONE CONFERENCE WITH ATTORNEY ANDREW UNGBERG RE SERVICE OF PROCESS ON GUNPOWDER & SKY AND FILMBUFF | 0.60 | $279.00 |
| 4/25/17 | JTB | RECEIVE AND REVIEW EMAIL FROM CLARE COX REGARDING REQUEST FOR ASSISTANCE ON OBTAINING SERVICE ON FILMBUFF AND GUNPOWDER & SKY; EMAIL CORRESPONDENCE WITH ATTORNEYS ANDREW UNGBERG AND TOBY BUTTERFIELD RE SAME AND AUTHORITY TO ACCEPT SERVICE OF PROCESS ON BEHALF OF FILMBUFF AND GUNPOWDER & SKY | 0.40 | $186.00 |
| 7/21/17 | MG2 | REVIEW AND ANALYZE RESPONSE TO MOTION TO DISMISS | 0.50 | $142.50 |

**TOTAL FEES**

SUBTOTAL

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

**FILE NUMBER:**     **GU111-000GU**                                               **PAGE**       **2**
**INVOICE NO:**         **1342522**
**INVOICE DATE:**       **AUGUST 8, 2017**

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

      STITES & HARBISON
      PNC
      LOUISVILLE, KY.  40202
      BANK ABA #:  041000124
      ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  GU111-000GU,  INVOICE NO.  1342522



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

SEPTEMBER 8, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                    JTB

|  |  |
|---|---|
| INVOICE #: | 1345807 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH AUGUST 31, 2017**

MATTER NO.   ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/3/17 | JTB | CONFERENCE WITH ATTORNEY DON COX RE STATUS; EMAIL CORRESPONDENCE TO AL WICKERS RE SAME; | 0.30 | $139.50 |
| 8/22/17 | MG2 | RECEIVE, REVIEW, AND ANALYZE DRAFT OF REPLY BRIEF; CHECK CASE LAW | 1.80 | $513.00 |
| 8/25/17 | MG2 | REVIEW, EDIT AND FINALIZE REPLY IN SUPPORT OF MOTION TO DISMISS; FILE REPLY IN SUPPORT OF MOTION TO DISMISS; REPORT FILING TO CLIENTS; MULTIPLE EMAIL CORRESPONDENCES WITH JON SEGAL REGARDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS | 1.60 | $456.00 |
| 8/28/17 | MG2 | PREPARE AND SEND EMAIL CORRESPONDENCE TO CAROLINA SOLANO REGARDING PRO HAC VICE APPLICATIONS; CONFERENCE WITH JOEL BERES REGARDING FILING OF REPLY BRIEF | 0.20 | $57.00 |

TOTAL FEES

**ADDITIONAL SERVICES:**
MATTER NO.   ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| | | |
|---|---|---:|
| | COPIES | $0.60 |
| 8/18/17 | OVPMT-INV. 1342528-HISCOX INS. | -$0.20 |
| 8/30/17 | VIRGINIA STATE BAR- EXPEDITED REQUEST FOR CERTIFICATE OF GOOD STANDING | $20.00 |
| | TOTAL ADDITIONAL SERVICES | $20.40 |

SUBTOTAL

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

STITES & HARBISON
PNC
LOUISVILLE, KY.  40202
BANK ABA #:  041000124
ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1345807



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

SEPTEMBER 8, 2017

GUNPOWDER & SKY DISTRIBUTION, LLC
C/O TOBY BUTTERFIELD, ESQ.
FRANKFURT KURNIT KLEIN & SELZ PC
488 MADISON AVE.
NEW YORK, NEW YORK 10022                                      JTB

| | |
|---|---|
| INVOICE #: | 1345801 |
| OUR REFERENCE #: | GU111-000GU |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH  AUGUST 31, 2017**

MATTER NO.    GU111-000GU          SPORTING TIMES TRADEMARK DISPUTE

| 8/30/17 | MG2 | CONFERENCE WITH JOEL BERES REGARDING STRATEGY FOR MOTION TO DISMISS AND SUBSTITUTION OF COUNSEL FOLLOWING ACCEPTANCE OF PRO HAC VICE APPLICATIONS | 0.20 | $57.00 |
|---|---|---|---|---|

**TOTAL FEES**

SUBTOTAL

AMOUNT DUE

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

**FILE NUMBER:**      **GU111-000GU**                       **PAGE**       **2**
**INVOICE NO:**        **1345801**
**INVOICE DATE:**      **SEPTEMBER 8, 2017**

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

      STITES & HARBISON
      PNC
      LOUISVILLE, KY.  40202
      BANK ABA #:  041000124
      ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  GU111-000GU,  INVOICE NO.  1345801



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

OCTOBER 17, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                    JTB

|  | |
|---|---|
| INVOICE #: | 1353044 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH  SEPTEMBER 30, 2017**

MATTER NO.    ME312-000ME          THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 9/6/17 | JTB | ATTENTION TO AFFIDAVITS IN SUPPORT OF PRO HAC VICE APPLICATIONS; RECEIVE AND REVIEW EMAIL FROM ATTORNEY MARI-ELISE PAUL RE SAME | 0.20 | $93.00 |
| 9/6/17 | MG2 | FINALIZE MOTIONS FOR ADMISSION PRO HAC VICE OF ALONZO WICKERS, JON SEGAL, AND KATHLEEN CULLINAN AND SUPPORTING AFFIDAVITS AND PROPOSED ORDERS; PREPARE AND SEND EMAIL REGARDING SIGNING AFFIDAVITS | 2.30 | $655.50 |
| 9/7/17 | MG2 | EMAIL CORRESPONDENCE WITH CAROLINA SOLANO REGARDING FILING MOTIONS FOR ADMISSION PRO HAC VICE | 0.30 | $85.50 |
| 9/8/17 | MG2 | EMAIL CORRESPONDENCE WITH CAROLINA SOLANO REGARDING FILING OF MOTIONS FOR ADMISSION PRO HAC VICE | 0.40 | $114.00 |
| 9/11/17 | JTB | RECEIVE AND REVIEW VARIOUS NOTICES REGARDING MOTIONS TO APPEAR PRO HAC; RECEIVE AND REVIEW EMAIL FROM ATTORNEY MARI-ELISE PAUL RE SAME; RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKERS RE SAME | 0.20 | $93.00 |
| 9/11/17 | MG2 | FINALIZE AND FILE MOTIONS FOR ADMISSION PRO HAC VICE FOR JONATHAN SEGAL, ALONZO WICKERS, KATHLEEN CULLINAN, AND MARI-ELISE PAUL; REPORT FILING TO CLIENT | 1.20 | $342.00 |

| Date | | Description | | |
|---|---|---|---|---|
| 9/18/17 | JTB | RECEIVE AND REVIEW VARIOUS NOTICES RE ORDERS GRANTING MOTIONS TO APPEAR PRO HAC VICE; RECEIVE AND REVIEW EMAIL FROM ATTORNEY MARI-ELISE PAUL RE SAME | 0.20 | $93.00 |
| 9/18/17 | MG2 | RECEIVE AND REVIEW ORDERS FROM THE COURT GRANTING MOTIONS FOR ADMISSION PRO HAC VICE | 0.30 | $85.50 |
| 9/19/17 | MG2 | PREPARE AND SEND EMAIL CORRESPONDENCE TO LEAD COUNSEL REGARDING COURT GRANTING MOTIONS FOR ADMISSION PRO HAC VICE | 0.20 | $57.00 |
| 9/25/17 | JTB | STATUS REVIEW | 0.20 | $93.00 |

**TOTAL FEES**

**ADDITIONAL SERVICES:**
  MATTER NO.   ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | Description | Amount |
|---|---|---|
| 9/6/17 | UPS  08-30-17 TO:  VIRGINIA STATE BAR | $19.11 |
| 9/6/17 | UPS  08-31-17 SHIPPED FROM:  VIRGINIA STATE BAR RETURN SERVICE | $19.61 |
| 9/12/17 | COURTS FILING FEE 9/11/17 | $125.00 |
| 9/12/17 | COURTS FILING FEE 9/11/17 | $125.00 |
| 9/12/17 | COURTS FILING FEE 9/11/17 | $125.00 |
| 9/12/17 | COURTS FILING FEE 9/11/17 | $125.00 |
| | TOTAL ADDITIONAL SERVICES | $538.72 |

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

**FILE NUMBER:**      **ME312-000ME**                                           **PAGE**        **3**
**INVOICE NO:**      **1353044**
**INVOICE DATE:**      **OCTOBER 17, 2017**

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

       STITES & HARBISON
       PNC
       LOUISVILLE, KY.  40202
       BANK ABA #:  041000124
       ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1353044



STITES & HARBISON PLLC
ATTORNEYS

400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

NOVEMBER 8, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                          JTB

|  |  |
|---|---|
| INVOICE #: | 1355274 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2017**

MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 10/31/17 | JTB | STATUS CHECK; EMAIL CORRESPONDENCE TO JOINT DEFENSE TEAM RE SAME; RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKERS | 0.20 | $93.00 |
|---|---|---|---|---|

**TOTAL FEES**

**ADDITIONAL SERVICES:**
MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 10/20/17 | PACER NET RESEARCH  SEPTEMBER  2017 | $0.10 |
|---|---|---|
| 10/20/17 | PACER NET RESEARCH  SEPTEMBER  2017 | $4.30 |
|  | TOTAL ADDITIONAL SERVICES | $4.40 |

SUBTOTAL

**AMOUNT DUE**                                                    **$97.40**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

STITES & HARBISON
PNC
LOUISVILLE, KY.  40202
BANK ABA #:  041000124
ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1355274



400 West Market Street
Suite 1800
Louisville, Ky  40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

DECEMBER 8, 2017

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                        JTB

|  | |
|---|---|
| INVOICE #: | 1360759 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH  NOVEMBER 30, 2017**

MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 11/13/17 | JTB | STATUS CHECK OF DOCKET REPORT | 0.20 | $93.00 |
|---|---|---|---|---|

**TOTAL FEES**

**ADDITIONAL SERVICES:**
MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 11/16/17 | PACER NET RESEARCH  OCTOBER  2017 | $0.20 |
|---|---|---|
| | TOTAL ADDITIONAL SERVICES | $0.20 |

SUBTOTAL

PRIOR BALANCE

**FILE NUMBER:**     **ME312-000ME**         **PAGE**     **2**
**INVOICE NO:**        **1360759**
**INVOICE DATE:**      **DECEMBER 8, 2017**

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

       STITES & HARBISON
       PNC
       LOUISVILLE, KY.  40202
       BANK ABA #:  041000124
       ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1360759



400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

JANUARY 16, 2018

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                    JTB

INVOICE #:        1366170
OUR REFERENCE #:   ME312-000ME
OUR TAX ID #:      61-0680249

**PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2017**

MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| | | | | |
|---|---|---|---|---|
| 12/14/17 | JTB | RECEIVE AND REVIEW ORDER GRANTING MOTION TO DISMISS; RECEIVE AND REVIEW JUDGMENT; ATTENTION TO CALENDARING SAME AND CALENDARING MOTION FOR ATTORNEYS FEES; CORRESPONDENCE TO LITIGATION TEAM RE SAME | 0.40 | $186.00 |
| 12/24/17 | JTB | RECEIVE AND REVIEW EMAIL FROM CO-COUNSEL RE CALENDARING OF MOTION FOR ATTORNEYS FEES; RESPOND TO SAME | 0.20 | $93.00 |

**TOTAL FEES**

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

**FILE NUMBER:**     **ME312-000ME**                      **PAGE**      **2**
**INVOICE NO:**       **1366170**
**INVOICE DATE:**     **JANUARY 16, 2018**

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

      STITES & HARBISON
      PNC
      LOUISVILLE, KY.  40202
      BANK ABA #:  041000124
      ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1366170



STITES & HARBISON PLLC

ATTORNEYS

400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

JANUARY 16, 2018

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                        JTB

INVOICE #:      1366170
OUR REFERENCE #:    ME312-000ME
OUR TAX ID #:    61-0680249

**PROFESSIONAL SERVICES THROUGH  DECEMBER 31, 2017**

MATTER NO.    ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| 12/14/17 | JTB | RECEIVE AND REVIEW ORDER GRANTING MOTION TO DISMISS; RECEIVE AND REVIEW JUDGMENT; ATTENTION TO CALENDARING SAME AND CALENDARING MOTION FOR ATTORNEYS FEES; CORRESPONDENCE TO LITIGATION TEAM RE SAME | 0.40 | $186.00 |
| 12/24/17 | JTB | RECEIVE AND REVIEW EMAIL FROM CO-COUNSEL RE CALENDARING OF MOTION FOR ATTORNEYS FEES; RESPOND TO SAME | 0.20 | $93.00 |

**TOTAL FEES**

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE  REMITTANCE, PLEASE  DIRECT TO:

      STITES & HARBISON
      PNC
      LOUISVILLE, KY.  40202
      BANK ABA #:  041000124
      ACCOUNT #:  4212812375

PLEASE REFERENCE YOUR MATTER NO.  ME312-000ME,  INVOICE NO.  1366170



PRE-BILL: JANUARY TIME

400 West Market Street
Suite 1800
Louisville, Ky 40202-3352
(502) 587-3400
Fax (502) 587-6391
www.stites.com

JANUARY 16, 2018

METRO-GOLDWYN-MAYER STUDIOS, INC. ORION PICTU
PODIUM PICTURES, LLC RHINO FILMS, LLC
C/O SCOTT B. RAPKIN
RAPKIN & ASSOCIATES, LLP
11543 OLYMPIC BLVD., 2ND FLOOR
LOS ANGELES, CA 90064                                    JTB

| | |
|---|---|
| INVOICE #: | 1367856 |
| OUR REFERENCE #: | ME312-000ME |
| OUR TAX ID #: | 61-0680249 |

**PROFESSIONAL SERVICES THROUGH JANUARY 16, 2018**

MATTER NO.   ME312-000ME        THE SPORTING TIMES - TRADEMARK DISPUTE

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/18 | JTB | ATTENTION TO DEADLINE FOR FILING ATTORNEYS FEES MOTION, FILING BILL OF COSTS, AND FILING NOTICE OF APPEAL | 0.20 | $95.00 |
| 1/4/18 | JTB | RECEIVE AND REVIEW EMAIL FROM ATTORNEY AL WICKER RE REQUIREMENTS FOR FILING MOTION FOR ATTORNEYS FEES AND LOCAL CUSTOMS AND PRACTICE; VARIOUS EMAILS WITH CO-COUNSEL RE SAME AND LIKELY NEXT STEPS | 0.40 | $190.00 |
| 1/4/18 | JTB | FACTUAL AND LEGAL ANALYSIS RE MOTION FOR ATTORNEYS FEES FOLLOWING ENTRY OF JUDGMENT ON MOTION TO DISMISS | 0.60 | $285.00 |
| 1/8/18 | JTB | VARIOUS EMAIL CORRESPONDENCE WITH CO-COUNSEL RE MOTION FOR ATTORNEYS FEES | 0.30 | $142.50 |
| 1/9/18 | JTB | VARIOUS EMAIL CORRESPONDENCE WITH CO-COUNSEL RE MOTION FOR ATTORNEYS FEES; TELEPHONE CONFERENCE WITH ATTORNEY CLARE COX RE CASE STATUS, DEFENDANTS ENTITLEMENT TO ATTORNEYS FEES, AND SETTLEMENT; VARIOUS EMAIL CORRESPONDENCE WITH CO-COUNSEL RE SAME; PROVIDE EXEMPLAR MOTIONS FOR ATTORNEYS FEES IN WESTERN DISTRICT OF KENTUCKY | 1.10 | $522.50 |
| 1/10/18 | JTB | VARIOUS EMAIL CORRESPONDENCE WITH CO-COUNSEL RE MOTION FOR ATTORNEYS FEES; ATTENTION TO SUPPORTING CASE LAW | 0.60 | $285.00 |

| 1/11/18 | JTB | TELEPHONE CONFERENCE WITH ATTORNEY CYDNEY FREEMAN RE ATTORNEYS FEES MOTION; ATTENTION TO LOCAL COUNSEL INVOICES; VARIOUS EMAILS WITH CO-COUNSEL RE SAME; RECEIVE AND REVIEW WORKING DRAFT OF MOTION FOR ATTORNEYS FEES | 1.10 | $522.50 |
|---|---|---|---|---|
| 1/12/18 | JTB | RECEIVE AND REVIEW DRAFT DECLARATION IN SUPPORT OF MOTION FOR ATTORNEYS FEES; DRAFT BERES DECLARATION IN SUPPORT OF ATTORNEYS FEES; ATTENTION TO SUPPORTING EXHIBITS | 1.60 | $760.00 |
| 1/15/18 | JTB | CONTINUED ATTENTION TO MOTION FOR ATTORNEYS FEES, BERES DECLARATION, AND SUPPORTING EXHIBITS | 2.20 | $1,045.00 |

**TOTAL FEES**

SUBTOTAL

PRIOR BALANCE

**AMOUNT DUE**

PLEASE INCLUDE ON YOUR CHECK OUR REFERENCE NUMBER
WHICH APPEARS BELOW THE INVOICE NUMBER ON THIS INVOICE.
INVOICES ARE DUE ON RECEIPT.

IF PAYMENT IS MADE BY WIRE REMITTANCE, PLEASE DIRECT TO:

STITES & HARBISON
PNC
LOUISVILLE, KY. 40202
BANK ABA #: 041000124
ACCOUNT #: 4212812375

PLEASE REFERENCE YOUR MATTER NO. ME312-000ME, INVOICE NO. 1367856